**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 02, 2010**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for JPMorgan Chase Bank, N. A.
6  [FILE 10-000880 CHE]

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ENOCH W. DAVIS AND ANNA-MARIE E. DAVIS,<br><br>Debtor. | Case # 2:09-bk-33547-RJH<br><br>Chapter 7 Proceedings |
| JPMorgan Chase Bank, N. A., its assignees and / or successors in interest,<br>            Movant,<br><br>v.<br><br>ENOCH W. DAVIS AND ANNA-MARIE E. DAVIS, Debtor, and Chapter 7 Trustee Maureen Gaughan,<br>            Respondents. | **ORDER LIFTING THE AUTOMATIC STAY**<br><br>Re: Real Property located at 15108 North Tonya Street El Mirage, AZ 85335 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N. A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 15108 North Tonya Street, El Mirage, AZ 85335 and legally described as:

> LOT 528, OF THOMPSON RANCH PASE 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 742 OF MAPS, PAGE 27

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge